```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

SHAWN LENARD YOUNG,              :

    Petitioner,              :

v.                               :
                            CIVIL ACTION 05-0235-CB-M

GRANT CULLIVER,                  :

    Respondent.              :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be DENIED and that this action be **DISMISSED**.

**DONE** this 27th day of September, 2005.

                          *s/Charles R. Butler, Jr.*
                          *Senior United States District Judge*